February 4, 2009

Clerk, U. S. District Court
Eastern District of California

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

KENT NORTHCROSS, et al.,

        Plaintiff,

vs.

ELON GOLF CONSTRUCTION, INC., et al.,

        Defendant.

**DEFAULT JUDGMENT**

1:08-CV-00596-LJO-DLB

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiffs and against the Defendants in the amount of $156,895.84.

Date: February 4, 2009

                                Victoria C. Minor, Clerk

                                By S. Martin, Deputy Clerk

dfltjgm