IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT NORTHCROSS, et al., | CASE NO. CV F 08-0596 LJO DLB |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| ELON GOLF CONSTRUCTION, INC., | |
| Defendants. | |

This Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   February 6, 2009**           /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1